IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| | ) | CASE NO. 15-30657-KRH |
| TAYLOR TRANSPORTATION, INC., | ) | |
| | ) | |
| Debtor in Possession | ) | |

NOTICE OF MOTION and HEARING

Please be advised that Taylor Transportation, Inc., by its undersigned counsel, has filed a Motion for Extension Under 11 U.S.C. §1129(e), and a Motion for Expedited Hearing ("Motions") to be heard at the date and time listed below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the court at the following address: **Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Room 4000, Richmond, VA  23219-3515**, and serve a copy on the movant's attorney at the address shown below.  Unless a written response is filed and served within this fourteen day period, the Court may deem opposition waived, threat the motion as conceded, and issue an order granting the requested relief.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the fourteen-day period.

Robert B. Easterling, VSB #15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
(540) 373-5030
(540) 373-5234 facsimile
eastlaw@easterlinglaw.com
*Counsel for Debtor*

Attend the preliminary hearing scheduled to be held on **October 21, 2015 at 12:30 p.m., in the Courtroom, Room 5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia.**

A copy of any written response must be mailed to the following persons:

>Robert B. Easterling
>2217 Princess Anne St #100-2
>Fredericksburg, VA 22401-3359

>Judy A. Robbins, U. S. Trustee
>Office of the U.S.Trustee - Region 4 R
>701 E. Broad Street, Suite 4304
>Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested without holding a hearing.

Respectfully submitted,

Date: October 16, 2015          Taylor Transportation, Inc.

BY:  /s/Robert B. Easterling         _
Robert B. Easterling, Of Counsel

/s/Robert B. Easterling_____
Robert B. Easterling, VSB #15552
2217 Princess Anne St., Suite 100-2
Fredericksburg, VA 22401-3359
540-373-5030
540-373-5234 facsimile
eastlaw@easterlinglaw.com
*Counsel for Debtor*

CERTIFICATE OF MAILING

The undersigned does hereby certify that a true copy of this Notice of Motion and Hearing was served upon each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(E)(1) on October 16, 2015, by electronic service or by first class mail, postage prepaid, to all creditors and parties in interest as shown on the attached matrix.

/s/ Robert B. Easterling

| | | |
|---|---|---|
| Judy A. Robbins<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 | Commercial Credit Group Inc.<br>c/o Steven L. Higgs, P.C.<br>9 Franklin Road, SW<br>Roanoke, VA 24011-2403 | Premier Trailer Leasing, Inc.<br>c/o Roy M. Terry, Jr. Sands Anderson PC<br>P. O. Box 1998<br>Richmond, VA 23218-1998 |
| Rush Enterprises, Inc.<br>c/o Roy M. Terry, Jr. Sands Anderson PC<br>P. O. Box 1998<br>Richmond, VA 23218-1998 | Taylor Transportation, Inc.<br>92 Le Way Dr.<br>Fredericksburg, VA 22406-1030 | Ernest T. Fisher, Jr.<br>92 Le Way Dr.<br>Fredericksburg, VA 22406-1030 |
| ARCET Equipment Company<br>P.O. Box 26269<br>Richmond, VA 23260-6269 | American Home Assurance Co, Granite State et<br>American International Group, Inc.<br>Michelle A. Levitt, Authorized Represent<br>175 Water Street, 15th Floor<br>New York, NY 10038-4918 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| Bowman Sales & Equipment<br>P.O. Box 433<br>Williamsport, MD 21795-0433 | Bowman Sales & Equipment, Inc.<br>dba Bowman Trailer Leasing<br>Thomas O. Britner<br>10228 Governor Lane Blvd. Suite: 3004<br>Williamsport, MD 21795-4064 | CSNK Working Capital Finance Corp dba Bay Vi<br>ATTN: Glen Shu, President<br>2933 Bunker Hill Lane, #210<br>Santa Clara, CA  95054-1152 |
| Chesapeake Petroleum<br>16821 Oakmont Avenue<br>Gaithersburg, MD 20877-4109 | Cintas<br>P.O. Box 630803<br>Cincinnati, OH 45263-0803 | Comdata, Inc<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 |
| Commercial Credit Corporation<br>227 W Trade Street, Suite 1450<br>Charlotte, NC 28202-2664 | Commercial Credit Group, Inc.<br>c/o Steven L. Higgs, P.C.<br>9 Franklin Road, SW<br>Roanoke, Virginia 24011-2403 | County of Spotsylvania<br>Spotsylvania County Treasurer's Off<br>PO Box 100<br>Spotsylvania, VA 22553-0100 |
| D.C. Treasurer<br>P.O. Box 2014<br>Washington, D.C. 20013-2014 | De Lage Landen<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 | De Lage Landen Financial Services<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 |
| DeLage Landen Financial Services, Inc.<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | DelDOT<br>119 Lower Beech Street, #100<br>Wilmington, DE 19805-4440 | DelDOT<br>c/o Law Enforcement Systems, LLC<br>P.O. Box 2182<br>Milwaukee, WI 53201-2182 |
| East Coast/MAPCO<br>626 Warrenton Road<br>Fredericksburg, VA 22406-1028 | Elizabeth River Crossing Tunnel<br>152 Tunnel Facility Drive<br>Portsmouth, VA 23707-1802 | Homeland Trucking, LLC<br>11765 Capital Lane<br>Fredericksburg, VA 22408-7325 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | John Deere<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 | John Deere Financial, f.s.b.<br>6400 NW 86th St<br>PO BOX 6600<br>Johnston, IA 50131-6600 |

| | | |
|---|---|---|
| Maryland Transportation Authority<br>P.O. Box 17600<br>Baltimore, MD 21297-1600 | Multimedia Sales & Marketing, Inc.<br>P.O. Box 5065<br>Buffalo Grove, IL 60089-5065 | NJ EZPass Turnpike<br>P.O. Box 52005<br>Newark, Nj 07101-8205 |
| New York State Dept. of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | New York State Dept. of Taxation and Fin<br>P.O. Box 4127<br>Binghamton, NY 13902-4127 | Pennsylvania Turnpike Commission<br>P.O. Box 67676<br>Harrisburg, PA 17106-7676 |
| Premier Leasing<br>P.O. Box 644859<br>Pittsburgh, PA 15264-4859 | Premier Trailer Leasing<br>3600 William D Tate Ave<br>Suite 300<br>Grapevine, TX 76051-8722 | Premier Trailer Leasing<br>3600 William D Tate Ave<br>Suite 300<br>Grapevine, Texas 76051-8722 |
| Professional Account Management, LLC<br>P.O. Box 37038<br>Washington, D.C. 20013-7038 | Quarles Petroleum Inc.<br>1701 Fall Hill Avenue, #300<br>Fredericksburg, VA 22401-3565 | Quarles Petroleum Inc. t/a Quarles<br>Fleet Fueling<br>Attn: Lynn Sale<br>1701 Fall Hill Avenue<br>Fredericksburg, VA 22401-3571 |
| Rush Truck Center<br>3400 Lee Hill Drive<br>Fredericksburg, VA 22408-7328 | Southern States<br>11324 Tidewater Trail<br>Fredericksburg, VA 22408-2037 | Southern States<br>c/o Complete Payment Recovery Services<br>3500 5th Street<br>Northport, AL 35476-4723 |
| Southern States Cooperative, Inc.<br>Chad Rinard, Esq.<br>Whieford, Taylor & Preston<br>3190 Fiarview Park Drive, Suite 300<br>Falls Church, VA 22042-4559 | Spotsylvania County<br>Treasurer's Office<br>P.O. Box 100<br>Spotsylvania, VA 22553-0100 | Sprint<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sprint Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | State Farm Mutual Auto Insurance Company<br>c/o Weltman, Weinberg & Reis Co,LPA<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 |
| Tire Tread Service, Inc.<br>311 Bridgewater Street<br>Fredericksburg, VA 22401-3301 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | UPS<br>c/o Receivables Management Services<br>7206 Hull Street Road, #211<br>Richmond, VA 23235-5826 |
| US Attorney<br>600 East Main Street, Suite 1800<br>Richmond, VA 23219-2430 | Vantassel Towing & Recovery LLC<br>26561 NYS Rt. 37<br>Watertown, NY 13601-5789 | |